IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES for the use and benefit of BERING INDUSTRIAL CONTRACTORS, INC., a Washington corporation<br><br>                   Plaintiff,<br><br>   v.<br><br>WESTERN SURETY COMPANY, a Colorado corporation,<br><br>   And<br><br>AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a California corporation,<br><br>                  Defendant. | Case No. 3:10-cv-00189 (SLG)<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation for Dismissal, this Court hereby ORDERS this matter DISMISSED with prejudice and without costs to either party.

DATED:   June 25, 2012                     /s/ Sharon L. Gleason
                                                                       JUDGE SHARON L. GLEASON
                                                                       UNITED STATES DISTRICT COURT